AO 442 (Rev. 11/11) Arrest Warrant

RECEIVED

By THewlett at 8:51 am, Sep 29, 2025

FILED
2025 OCT 1 PM 3:52
CLERK
U.S. DISTRICT COURT

# UNITED STATES DISTRICT COURT

for the

District of Utah

United States of America
v.

CHRISTOPHER SOLOMON PROCTOR

*Defendant*

)
)
)
)
)
)
)

Case No.    2:25-mj-00912 DBP

## ARREST WARRANT

To:      Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    CHRISTOPHER SOLOMON PROCTOR                                        ,
who is accused of an offense or violation based on the following document filed with the court:

❏ Indictment        ❏ Superseding Indictment        ❏ Information        ❏ Superseding Information        ☑ Complaint

❏ Probation Violation Petition        ❏ Supervised Release Violation Petition        ❏ Violation Notice        ❏ Order of the Court

This offense is briefly described as follows:

18 U.S.C. Section 844(i) - Attempted Arson in Interstate Commerce
26 U.S.C. Section 5861 - Possession of a detructive device not registered to Defendant in the National Firearm Registration and Transfer Record.

Date:      09/26/2025

City and state:      Salt Lake City, Utah

*Issuing officer's signature*

Dustin B. Pead, U.S. Magistrate Judge
*Printed name and title*

### Return

This warrant was received on *(date)* 09/26/25 , and the person was arrested on *(date)* 09/29/25
at *(city and state)*      SLC, UT          .

Date: 09/30/25

*Arresting officer's signature*

Chad Gonzales  DUSM
*Printed name and title*